# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JASON LEE READ                                                                          PETITIONER
Reg. #09425-062

V.                             NO. 2:14CV00085 BSM/JTR

C.V. RIVERA, Warden,                                                                  RESPONDENT
FCC-Forrest City

## ORDER

Respondent has filed a Response to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, arguing that the action should be dismissed as moot. *Doc. 9*. According to Respondent, the Bureau of Prisons has removed the Greatest Severity Public Safety Factor challenged by Petitioner in this action.

Petitioner is directed to file a Reply, addressing Respondent's argument, **on or before October 17, 2014.**

DATED THIS 17th DAY OF September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

1