# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JASON LEE READ                                                                    PETITIONER
Reg. #09425-062

V.                                  NO. 2:14CV00085  BSM/JTR

C V RIVERA, Warden,                                                               RESPONDENT
FCC-Forrest City

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the

United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Room A149
Little Rock, AR 72201-3325

## I. Discussion

Petitioner, Jason Lee Read, filed this 28 U.S.C. § 2241 habeas action challenging the use of a Greatest Severity Public Safety Factor (PSF) in determining his custody classification. *Doc. 1*. Respondent filed a Response, asserting that the PSF has been removed, thereby mooting his claim. *Doc. 9*. Petitioner then filed a Reply,

agreeing that his claim is moot. *Doc. 11*.

Article III of the Constitution limits the jurisdiction of federal courts to consideration of ongoing "cases" or "controversies." U.S. Const. art. III, § 2, cl. 1. "When, during the course of litigation, the issues presented in a case 'lose their life because of the passage of time or a change in circumstances ... and a federal court can no longer grant effective relief,' the case is considered moot." *Ali v. Cangemi*, 419 F.3d 722, 723-24 (8th Cir. 2005) (quoting *Beck v. Mo. State High Sch. Activities Ass'n*, 18 F.3d 604, 605 (8th Cir. 1994)). "If an issue is moot in the Article III sense, [the Court has] no discretion and must dismiss the action for lack of jurisdiction." *Id.* at 724.

It is undisputed that, after filing this habeas action, the Bureau of Prisons removed the PSF that forms the basis of Petitioner's claim. Thus, this Court now lacks jurisdiction to consider his claim, and this habeas action should be dismissed in its entirety.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, *Doc. 1*, be DENIED and this case be DISMISSED, WITH PREJUDICE.

DATED this 6th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE