IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JASON LEE READ**                                                                                          **PETITIONER**
Reg. #09425-062

v.                                        **CASE NO. 2:14CV00085 BSM**

**C V RIVERA, Warden,**                                                                            **RESPONDENT**
**FCC-Forrest City**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied, and this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE